Certificate Number: 05781-FLS-DE-041211549

Bankruptcy Case Number: 26-19099



05781-FLS-DE-041211549

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 7:16 o'clock PM PDT, Alex Pianna Bruzzonne completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   July 15, 2026

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President